(85 South. 589)

CAMPBELL v. STATE. (8 Div. 699.)

(Court of Appeals of Alabama. April 20, 1920.)

CRIMINAL LAW ⊕═260(11) — FINDING ON CONFLICTING EVIDENCE WILL NOT BE DISTURBED.

Where a criminal prosecution was tried to the court, the fact findings on conflicting evidence will not be disturbed.

Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

Tom Campbell was convicted of violating the prohibition law, and he appeals. Affirmed.

R. E. Smith, of Huntsville, for appellant. J..Q. Smith, Atty. Gen., for the State.

SAMFORD, J. The cause was tried by the court without the intervention of a jury. The only exception is to the judgment. The evidence was in conflict, and we see no reason for disturbing the finding of the court. The judgment is affirmed.

Affirmed.